## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,　　　　　:

v.　　　　　　　　　　　　　　　　　:　　　　　**CASE NO:**
　　　　　　　　　　　　　　　　　　:　　　**7:25-cr-26—WLS-ALS**

MARGARITA ANGEL YOUNG,　　　　:

　　　　Defendant.　　　　　　　　:

_____ :

### ORDER

The January 29, 2026 change of plea hearing in this matter was suspended to allow Defendant and her counsel to confer regarding the stipulation of facts to which Defendant agrees. At the request of the Defendant, this case has previously been continued to the completion of the Court's Valdosta May 2026 Trial Term.

Accordingly, to maintain control of its docket and to keep this case in compliance with the Speedy Trial Act, it is hereby **ORDERED** that on or before **Friday, February 20, 2026**, Defendant shall file a written report advising the Court whether Defendant intends to go forward with her change of plea or whether she will proceed to trial during the Court's May 2026 Valdosta Trial Term.

　　　**SO ORDERED**, this 2nd day of February 2026.

　　　　　　　　　　　　　　　**/s/W. Louis Sands**
　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1