**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **CASE NO:** |
| v. | : | **7:25-cr-26—WLS-ALS** |
| | : | |
| **MARGARITA ANGEL YOUNG,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

On June 1, 2026, Quinten L. Billingslea, United States Probation Office Evidence Based Practices Specialist, via memorandum, requested a continuance of Defendant Margarita Angel Young's sentencing hearing currently scheduled for Thursday, June 25, 2025. During the presentence investigation, this Officer Billingslea encountered a delay in obtaining mental health records related to the Defendant, who has a significant mental health history. Officer Billingslea believes this information is pertinent and requests a continuance of the sentencing hearing of four to six weeks to allow a thorough investigation to be completed and disclosed in time for all parties to review.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this matter on March 25, 2026. (Docs. 25, 26). Defendant's sentencing has not previously been rescheduled. Based on the circumstances of this case and the requirements set forth in 18 U.S.C. § 3553(a), including to impose a sentence that is "sufficient, but not greater than necessary," to serve the purposes of sentencing the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that the sentencing hearing scheduled to take place on June 25, 2026, is **CANCELLED.** Defendant's sentencing hearing is **RESCHEDULED** for **Thursday, July 23, 2026, at 3:00 p.m.**, in Albany, Georgia.

**SO ORDERED**, this 3rd day of June 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1